

# JUDGMENT

## Court of Appeals

## First District of Texas

NO. 01-14-00845-CV

DAVID LANCASTER, Appellant

V.

BARBARA LANCASTER, Appellee

Appeal from the 247th District Court of Harris County.  (Tr. Ct. No. 2013-05066).

This case is an appeal from the final judgment signed by the trial court on July 23, 2014.  After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was reversible error in the trial court's judgment. Accordingly, the Court **reverses** the trial court's judgment and **remands** the case to the trial court for further proceedings.

The Court **orders** that this decision be certified below for observance.

Judgment rendered December 29, 2015.

Panel consists of Justices Jennings, Higley, and Brown. Opinion delivered by Justice Jennings.